AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

CURT KASS,

      Plaintiff,

V.

MINERAL COUNTY
COMMISSIONERS, et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:07-CV-00095-LRH-VPC**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motions to Extend Time and for Appointment of Counsel (#109, 110) are DENIED. This action is hereby dismissed without prejudice.

  March 30, 2010                                      **LANCE S. WILSON**
                                                              Clerk

                                                       /s/ D. R. Morgan
                                                         Deputy Clerk